```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19751
    ANSEL D SCARLETT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9762


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/24/2007 and was not confirmed.

    The case was dismissed without confirmation 04/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
HSBC BANK USA              NOTICE ONLY     NOT FILED            .00          .00
MTGLQ INVESTOR LP          NOTICE ONLY     NOT FILED            .00          .00
MTGLQ INVESTORS LP         CURRENT MORTG         .00            .00          .00
MTGLQ INVESTORS LP         MORTGAGE ARRE   10935.92             .00          .00
AMERICAS SERVICING COMPA   CURRENT MORTG         .00            .00          .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE         .00            .00          .00
MTGLQ INVESTORS LP         UNSECURED       NOT FILED            .00          .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED            .00          .00
INTERNAL REVENUE SERVICE   PRIORITY         6872.11             .00          .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED            .00          .00
HOUSEHOLD FINANCE/BENEFI   UNSECURED       12843.71             .00          .00
CHASE                      NOTICE ONLY     NOT FILED            .00          .00
INTERNAL REVENUE SERVICE   UNSECURED        2089.68             .00          .00
E R SOLUTIONS INC          UNSECURED         457.98             .00          .00
ECAST SETTLEMENT CORP      UNSECURED         393.50             .00          .00
GLEASON & GLEASON LLC      DEBTOR ATTY      1,994.00                     1,335.84
TOM VAUGHN                 TRUSTEE                                         116.16
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 1,452.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                 1,335.84
TRUSTEE COMPENSATION                             116.16
DEBTOR REFUND                                        .00
                       ---------------       ---------------
TOTALS                  1,452.00               1,452.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19751 ANSEL D SCARLETT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE